**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Stephen A. Drake, | ) | No. CV-10-08153-PHX-FJM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

The court has before it defendant's motion to seal exhibit two to its motion to dismiss (doc. 13-2) because it contains plaintiff's social security number and home address (doc. 15).

In order to protect plaintiff's privacy, we GRANT defendant's motion to seal (doc. 15) and ORDER defendant to file a redacted version of its motion to dismiss.

DATED this 14th day of December, 2010.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge